UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL RICHMOND,

   Plaintiff,

CASE NO. 20-11978
CASE NO. 20-12327
HON. LAURIE J. MICHELSON

-vs-

OFFICER MICHAEL MOSLEY,
In his individual and representative capacity,
And the CITY OF DETROIT,
A municipal entity,

   Defendants.

| | |
|---|---|
| VEN R. JOHNSON (P39219)<br>AYANNA D. HATCHETT (P70055)<br>Attorneys for Plaintiff<br>535 Griswold, Ste. 2632<br>Detroit, MI 48226<br>(313) 324-8300<br>vjohnson@venjohnsonlaw.com<br>ahatchett@venjohnsonlaw.com | PATRICK M. CUNNINGHAM (P67643)<br>City of Detroit Law Department<br>Attorneys for Defendant City of Detroit 2<br>Woodward Avenue, Suite 500<br>Detroit, MI 48226<br>(313) 237-5032<br>cunninghamp@detroitmi.gov |

## **STIPULATED ORDER TO DISMISS**

To promote convenience and judicial economy, to avoid unnecessary costs and delay, and pursuant to the stipulation of the parties,

**IT IS ORDERED** that Case No. *20-12327* is hereby dismissed.

**IT IS FURTHER ORDERED** that all subsequent papers filed after the date of this order shall be entered under case number *20-11978*.

Dated: November 25, 2020

                                 s/Laurie J. Michelson
                                 LAURIE J. MICHELSON
                                 UNITED STATES DISTRICT JUDGE

I stipulate to the entry of the order above:

| */s/ Ayanna D. Hatchett* | */s/Patrick M. Cunningham w/ consent* |
|---|---|
| AYANNA D. HATCHETT (P70055) | PATRICK M. CUNNINGHAM (P67643) |

2